IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: VARNEAL & DENISE A. SMITH ) | |
| ) | |
| GMAC Mortgage Corporation, ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 06B11429 |
| ) | JUDGE A. Benjamin Goldgar |
| VARNEAL & DENISE A. SMITH, ) | |
| Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes GMAC Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the March 2008 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of June 2, 2010:

    a. Attorney's Fees         $250.00

    b. Late Charges            $345.99

        Total                  $595.99

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice GMAC Mortgage Corporation rights to collect these amounts will be unaffected.

Respectfully Submitted,
GMAC Mortgage Corporation

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: VARNEAL & DENISE A. SMITH            )
                                            )
GMAC Mortgage Corporation,                  )
        Creditor,                           )
                                            )
    vs.                                     ) CASE NO. 06B11429
                                            ) JUDGE A. Benjamin Goldgar
VARNEAL & DENISE A. SMITH,                  )
        Debtor                              )

**NOTICE OF FILING**

TO:   See attached service list

    PLEASE TAKE NOTICE THAT ON July 21, 2010 GMAC Mortgage Corporation filed the attached Response to Notice of Payment of Final Mortgage Cure.

**PROOF OF SERVICE**

    I, the undersigned Attorney, Certify that a copy of this Notice was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on July 21, 2010, with proper postage prepaid.

                                    /s/Lydia Y. Siu
                                    Lydia Y. Siu
                                    ARDC#6288604


**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**     Pierce and Associates,
**TO COLLECT A DEBT AND ANY**                1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**        13th Floor
**FOR THAT PURPOSE\*\*\***                   Chicago, IL 60602

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**by Electronic Notice though ECF**


To Debtor:
VARNEAL & DENISE A. SMITH
2285 184TH Street
Lansing, IL 60438
**by U.S. Mail**


To Attorney:
Gregory K. Stern
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
**by Electronic Notice though ECF**


PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088


PA06-2119